# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ANGELO DIXON, JR., | : | Civil No. 1:25-CV-01916 |
| Plaintiff, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of February, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 12, is **ADOPTED**.

2) The amended complaint, Doc. 11, is **DISMISSED WITH PREJUDICE** without leave to amend.

3) Plaintiff's motion for temporary restraining order, Doc. 4, and motion for summary judgment, Doc. 5, are **DENIED AS MOOT**.

4) The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania